UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **JOHN HENRY SPELL, JR.**<br>     **LA. DOC #359787** | **CIVIL ACTION NO. 3:16-0752**<br>**SECTION P** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **CHAD LEE, ET AL.** | **MAGISTRATE JUDGE KAREN L. HAYES** |

**J U D G M E N T**

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law,

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's civil rights Complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief may be granted.

**MONROE, LOUISIANA**, this 13th day of December, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE